1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICIA BELL WATKINS,

          Petitioner,

     v.

STATE OF WASHINGTON

          Respondent.

Case No. C06-5141FDB

ORDER TO AMEND
THE PETITION

      This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1 and 2). Petitioner names only the State of Washington as a Respondent. 28 U.S.C. § 2243 indicates that writs are to be directed "to the person having custody of the person detained". This person typically is the superintendent of the facility in which the petitioner is incarcerated. Failure to name the petitioner's custodian deprives federal courts of personal jurisdiction. Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).

      Petitioner has listed a P.O. Box as a return address. (Docket sheet). It is possible petitioner

ORDER

is not in custody.  Under 28 U.S.C. § 2254, the district court may entertain an application for a writ of habeas corpus only from a person in custody pursuant to the judgment of a state court. The custody requirement of the habeas corpus statute is designed to preserve the writ as a remedy for severe restraints on individual liberty.  Hensley v. Municipal Court, San Jose Milpitas Judicial District, 411 U.S. 345, 351 (1973). The person must be in custody pursuant to the conviction or sentence under attack at the time the petition is filed.  Maleng v. Cook, 490 U.S. 488, 490-91 (1989); Carafas v. LaVallee, 391 U.S. 234, 238 (1968).

Finally, petitioner has not provided service copies of the petition.  The court needs two copies of the petition for service.  Petitioner is ordered to file an amended petition or a motion to change the case caption and petitioner must name the superintendent of the facility where she is incarcerated.  The new petition or motion must be filed on of before **May 19th, 2006** or the court will recommend dismissal of this petition on jurisdictional grounds.

The clerk is ordered to send copies of this order to the petitioner and to note this matter for the courts **May 19th, 2006** calendar.

DATED this 21st day of April, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER