UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICIA BELL WATKINS,

    Petitioner,

    v.

STATE OF WASHINGTON

    Respondent.

Case No. C06-5141FDB

ORDER TO SHOW CAUSE

    This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR 4. Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254. (Dkt. # 1 and 2). Originally petitioner only named the state of Washington as a respondent. (Dkt. # 1 and 2). Petitioner is challenging a driving under the influence, DUI, conviction but did not indicate in the petition or the amended petition what sentence was imposed. (Dkt. # 1 and 2).

    The court entered an order to amend the caption or file an amended petition as only the state had been named as a respondent. (Dkt. # 4). Petitioner responded and states she is not currently incarcerated and she seeks to challenge a "future sentence", presumably for the aforementioned DUI

ORDER

1  conviction. (Dkt. # 5). Again, petitioner fails to inform the court what sentence was imposed, or if
2  sentencing has actually occurred. Petitioner does indicate her appeals have been denied in state
3  court. (Dkt. # 5).
4        A petition for habeas corpus must be filed by a person who is in custody at the time of filing.
5  28 U.S.C. § 2241 (c),  § 2254 (a), § 2255.  Although a petitioner may challenge a future consecutive
6  sentence while in custody, there is no indication that petitioner is addressing a consecutive sentence.
7  Petitioner in this case does not appear to meet the in custody requirement for filing a habeas corpus
8  petition. Accordingly, Petitioner is **ORDERED TO SHOW CAUSE** why this petition should not
9  be dismissed.
10        In responding to this order petitioner will inform the court of her current custodial status and
11  what "future sentence" she is challenging, specifically identify the sanction or future jail term that is
12  at issue. Petitioner will have until **June 24th, 2006** to comply with this order and if no response is
13  filed or if the response is inadequate the court will recommend dismissal of ths action.
14        The clerk is ordered to send copies of this order to the petitioner and to note this matter for
15  the courts **June 24th, 2006** calendar.
16
17        DATED this 23rd day of May, 2006.
18
19                                           */S/ J. Kelley Arnold*
                                         J. Kelley Arnold
20                                           United States Magistrate Judge
21
22
23
24
25
26
27
28  ORDER