UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PATRICIA BELL WATKINS,

    Petitioner,

  v.

STATE OF WASHINGTON,

    Respondent.

Case No. C06-5141FDB

ORDER DIRECTING
SERVICE AND RETURN,
§ 2254 PETITION

    The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrates' Rules MJR 3 and MJR 4.

    Petitioner challenges a sentence of five years court supervision and two days jail time. (Dkt. # 7). The sentence is the result of a conviction for DUI out of Pierce County District Court Petitioner avers her state remedies have been exhausted.

    (1). The clerk shall arrange for service by certified mail upon the Pierce County Prosecutors Office, a copy of the amended petition, Dkt. # 2, of Dkt. # 7 and 8., and of this Order. All costs of service shall be advanced by the United States. The Clerk shall assemble the necessary documents to effect service. The Clerk shall send petitioner a copy of this Order, and the General Order.

ORDER FOR SERVICE AND RETURN, 2254 PETITION - 1

      (2)    Within forty-five (45) days after such service, the Pierce County Prosecutors Officer shall file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts. As part of such answer, respondents should state whether petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse or delay under Rule 9. Respondent shall not file a dispositive motion in place of an answer without first showing cause as to why an answer is inadequate. Respondent shall file the answer with the Clerk of Court and serve a copy of the answer upon petitioner.

      (3)    The answer will be treated in accordance with Local Rule CR 7. Accordingly, upon receipt of the Answer the Clerk will note the matter for consideration on the fourth Friday after the answer is filed, petitioner may file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and respondent may file and serve a reply brief not later than on the Thursday immediately preceding the Friday designated for consideration of the matter.

DATED this 17th, day of July, 2006.

    */s/ J. Kelley Arnold*
    J. Kelley Arnold
    United States Magistrate Judge

ORDER FOR SERVICE AND RETURN, 2254 PETITION - 2