1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13

PATRICIA BELL WATKINS,

14

Petitioner,

15

v.

16

STATE OF WASHINGTON

17

Respondent.

Case No. C06-5141FDB

ORDER DENYING PETITIONER'S
MOTION TO STAY HER STATE
SENTENCE AND JUDGMENT
WITHOUT PREJUDICE

18
19
20
21
22
23
24

        This habeas corpus petition has been referred to the undersigned Magistrate Judge pursuant
to Title 28 U.S.C. §§ 636(b)(1)(A) and 636 (b)(1)(B) and Local Magistrates' Rules MJR 3 and MJR
4.  Petitioner seeks federal habeas corpus relief pursuant to 28 U.S.C. § 2254.  (Dkt. # 1 and 2).
Before the court is a motion asking the court to stay petitioner's judgment and sentence in state
court.  (Dkt. # 8).  This motion was filed July 6th, 2006.  The court ordered the petition served on the
Pierce County Prosecutor's Office July 18th, 2006, (Dkt # 9).

25
26

        Petitioner has failed to show she served her motion on the state or on the Pierce County
Prosecutor's Office.  The motion was made prior to the court ordering service and is premature.

27
28

ORDER

1   The motion is **DENIED WITHOUT PREJUDICE.**

2      Petitioner may renew her motion after the Pierce County Prosecutor's Office has entered a

3 notice of appearance or after the time for entering such a notice has expired.  Petitioner is reminded

4 to follow Local Rule 7 (b)(1) regarding proof of service.

5      The clerk is ordered to send copies of this order to the petitioner and to the Pierce County

6 Prosecutor's Office and remove (Dkt. # 8) from the court's calendar.

7

8      DATED this 31st, day of July, 2006.

9

                    */S/ J. Kelley Arnold*

10                    J. Kelley Arnold

                    United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ORDER